M.D. Appeal Dkt.
40 MAP 2020

**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 227 MAL 2019 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MARK AMOS ALLEN, | : | |
| | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

**AND NOW**, this 10th day of July, 2020, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by petitioner, is:

(1) After the "breach of the peace" is completed, may a constable continue to detain Petitioner indefinitely so that state police may arrive to investigate more serious offenses at the express direction of the prosecutor?